```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08700
   RICHARD A PERRY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8527


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 05/11/2007 and was not confirmed.

      The case was dismissed without confirmation 08/06/2007.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                               PAID            PAID
-------------------------------------------------------------------------------

RESCAP MORTGAGE             CURRENT MORTG         .00            .00             .00
HOMECOMINGS FINANCIAL NE    SECURED NOT I         .00            .00             .00
RESCAP MORTGAGE             MORTGAGE ARRE     9000.00            .00             .00
TURNER ACCEPTANCE           SECURED VEHIC     1500.00            .00             .00
TURNER ACCEPTANCE           UNSECURED       NOT FILED            .00             .00
TURNER ACCEPTANCE           SECURED NOT I         .00            .00             .00
IL DEPT OF HEALTHCARE &     DSO ARREARS           .00            .00             .00
CAPERCIME CONNERS           NOTICE ONLY     NOT FILED            .00             .00
COOK COUNTY TREASURER       PRIORITY         8025.29            .00             .00
AMERICAN EXPRESS TRAVEL     UNSECURED         216.55            .00             .00
ASSET ACCEPTANCE LLC        UNSECURED         326.69            .00             .00
CAVALRY PORTFOLIO SERVIC    UNSECURED       NOT FILED            .00             .00
CAVALRY PORTFOLIO SERVIC    UNSECURED       NOT FILED            .00             .00
ILL COLL SVC                UNSECURED       NOT FILED            .00             .00
ILL COLL SVC                UNSECURED       NOT FILED            .00             .00
NICOR GAS                   UNSECURED       NOT FILED            .00             .00
PROFESSIONAL ACCOUNT MGM    UNSECURED       NOT FILED            .00             .00
US EMPLOYEES CREDIT UNIO    UNSECURED       NOT FILED            .00             .00
ASSET ACCEPTANCE LLC        UNSECURED         251.79            .00             .00
ASSET ACCEPTANCE LLC        UNSECURED         522.80            .00             .00
RESCAP MORTGAGE             NOTICE ONLY     NOT FILED            .00             .00
ROUNDUP FUNDING LLC         UNSECURED        3743.30            .00             .00
RANDALL A WOLFF             DEBTOR ATTY       899.00                             .00
TOM VAUGHN                  TRUSTEE                                              .00
DEBTOR REFUND               REFUND                                               .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 08700 RICHARD A PERRY
```

```
ADMINISTRATIVE                                                            .00
TRUSTEE COMPENSATION                                                      .00
DEBTOR REFUND                                                             .00
                                       ---------------    ---------------
TOTALS                                             .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
   Dated: 12/03/07                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

                           PAGE   2
         CASE NO. 07 B 08700 RICHARD A PERRY